

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00572-CV

RITA GONZALES, Appellant

V.

SOUTHWEST RADIOLOGY ASSOCIATION AND SAM LO, M.D., Appellees

Appeal from the 164th District Court of Harris County.  (Tr. Ct. No. 2011-64104).

This case is an appeal from the final judgment signed by the trial court on April 4, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellant, Rita Gonzales, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered July 7, 2015.

Panel consists of Justices Keyes, Bland, and Massengale.  Opinion delivered by Justice Keyes.